GUERNSEY, Respondent, v. GAULT et al., Appellants. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by Joseph R. Guernsey as executor, etc., against Elias H. Gault and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

HADDEN v. HALL. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Charles E. Hadden against Edward B. Hall. Burr & Coombs (Robert H. Wilson, of counsel), for appellant. Joseph M. Williams, for respondent.

PRATT, J. The verdict substantially gave plaintiff all that he claimed, and made slight, if any, allowance for the deficiencies in execution of the building contract which were many and practically undisputed. It is therefore impossible to sustain the verdict of the jury to its full extent. Giving all proper effect to the plaintiff's testimony and to the verdict, we are of opinion that the sum of $1,694 should be deducted from the verdict, or, in the alternative, a new trial be granted. The plaintiff may elect between such modification and a new trial. In case he elects to accept the modification, the allowance of 5 per cent. upon $1,694 will also be deducted from the judgment, which, as thus modified, is affirmed, without costs of appeal; otherwise judgment reversed, and new trial granted, costs to abide event.

---

HANRAHAN, Appellant, v. MAYOR. ETC., OF CITY OF NEW YORK, Respondent. (Supreme Court, General Term, First Department. December 18, 1895.) Action by William Hanrahan against the mayor, etc., of the city of New York. L. E. Warren, for appellant. James T. Malone, for respondent.

PARKER, J. The dismissal of the complaint by the court at circuit was required by the decision of this court in Kelly v. Mayor, etc., 70 Hun, 208, 24 N. Y. Supp. 1. The material facts in that case and in the one under review are precisely alike. The judgment should be affirmed, with costs. All concur.

---

HARRIS, Respondent, v. GREGG, Appellant. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by John L. Harris against David Gregg, as committee, etc., of Amasa N. Gregg, an incompetent person. No opinion. Motion denied, on condition that appellant refund to respondent the sum of $35 within 10 days after service of a certified copy of this order; otherwise, granted, with $10 costs and disbursements.

---

HEATH v. KNAPP et al. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by William P. Heath against Arthur Knapp and N. J. Boyce. Henry M. Taylor, for appellants. Wood & Morschauser, for respondent.

DYKMAN, J. This is an appeal from an order of the special term denying the defendants' motion to vacate an attachment which was issued against the defendants on the ground that they were about to dispose of their property with an intent to defraud their creditors. The defendants moved to set aside the attachment upon affidavits, and on the motion the plaintiff filed further affidavits to sustain the same. The affidavits are somewhat conflicting, but the issuance of the attachment was justified in the first instance by the papers upon which it was based, and the affidavits upon which the motion to vacate the attachment was based failed to destroy the case. There was sufficient evidence of fraudulent intent to justify the denial of the motion to vacate the attachment, and the order should be affirmed, with $10 costs and disbursements.

---

HESS, Respondent, v. BARNWELL et al., Appellants. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Isban Hess against Bridget Barnwell and others. No opinion. Judgment affirmed, with costs.

---

HESS et al., Board of Water Com'rs, Respondents, v. KECK et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by Jonah Hess and others, as board of water commissioners, etc., against Joseph Keck and Mary Keck. No opinion. Order affirmed, with $10 costs and disbursements.

---

HILL, Respondent, v. McGREGOR, Appellant. (Superior Court of Buffalo, General Term. December 23, 1895.) Action by John Hill, by guardian, against John McGregor. No opinion. Judgment and order appealed from affirmed, with costs. HATCH, J., did not sit in this case.